**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00478-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  OMAR ANTONIO HERNANDEZ-LARA,
       a/k/a Omar Castillo,
       a/k/a Omar Lara,
       a/k/a Epilio Pimeda-Choza,
       a/k/a Omar Hernandez-Castillo,

    Defendant.

---

**MINUTE ORDER**[1]

---

    On **February 17, 2011**, commencing at 10:30 a.m., the court shall conduct a telephonic setting conference to reset the change of plea hearing that did not go forward as scheduled on February 9, 2011.  Counsel for the defendant shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated:  February 9, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.