**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00478-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  OMAR ANTONIO HERNANDEZ-LARA,
    a/k/a Omar Castillo,
    a/k/a Omar Lara,
    a/k/a Epilio Pimeda-Choza,
    a/k/a Omar Hernandez-Castillo,

    Defendant.

## MINUTE ORDER[1]

On February 17, 2011, the court conducted a telephonic setting conference to reset the Change of Plea Hearing that did not go forward as scheduled on February 9, 2011. After conferring with counsel and by agreement of all,

**IT IS ORDERED** as follows:

1. That a Change of Plea Hearing is set for **February 25, 2011**, at 1:30 p.m., at which counsel and the defendant shall appear without further notice or order; and

2. That, to the extent necessary, the United States Marshal shall assist in securing the defendant's appearance for this hearing.

Dated:  February 17, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.