**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00478-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. OMAR ANTONIO HERNANDEZ-LARA,
    a/k/a Omar Castillo,
    a/k/a Omar Lara,
    a/k/a Epilio Pimeda-Choza,
    a/k/a Omar Hernandez-Castillo,

    Defendant.

## MINUTE ORDER[1]

On May 25, 2011, the court conducted a telephonic setting conference to reset the sentencing hearing in this matter. After conferring with counsel and with their consent,

**IT IS FURTHER ORDERED** as follows:

1. That on **September 9, 2011**, commencing at 11:00 a.m., the court shall conduct a sentencing hearing in this matter; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated: June 1, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.